UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MARK CALEB ENGLISH,**
    Plaintiff,

v.                                             **Case No. 2:25-cv-30-CLM-HNJ**

**D WILLIAMS, et al.**,
    Defendants.

# MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 14). The magistrate judge advised Plaintiff Mark Caleb English about his right to file written objections, but the court hasn't received any objections.

Having carefully considered the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failure to state a claim upon which relief can be granted.

The court will enter a separate final judgment that carries out this ruling.

**Done** and **Ordered** on November 4, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE